IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MISE TYNES**                                                                                 **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 1:18-cv-00123-SA-DAS**

**WAL-MART STORES EAST, LP**                                     **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Mise Tynes, through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that Defendants, Wal-Mart Associates, Inc., and Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 14th day of March, 2019.

                                                      /s/ Sharion Aycock
                                                      **UNITED STATES DISTRICT COURT JUDGE**

**APPROVED AND AGREED TO BY**:

| *s/ Thomas M. Louis* | *s/ Brad Morris* |
|---|---|
| Thomas M. Louis (MSB No. 8484) | Brad Morris (MSB No. 104017) |
| Dorissa S. Smith (MSB No. 104541) | Brad Morris Law Firm, PLLC |
| Wells Marble & Hurst, PLLC | 1603 University Ave. |
| P. O. Box 131 | P. O. Box 2136 |
| Jackson, MS 39205-0131 | Oxford, MS 38655-2136 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |